Argued and submitted January 23,
reversed and remanded for new trial March 3, 1980

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD PANEK,
*Appellant.*

(No. 78-6427, CA 15829)

606 P2d 698

Clifford G. Collard, Toledo, argued the cause and filed the brief for appellant.

John C. Bradley, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Joseph, Presiding Judge, Richardson, Judge, and Schwab, Chief Judge.*

PER CURIAM

*Schwab, C.J., *vice* Lee, J., deceased.

## PER CURIAM

The state confesses error, but argues the error was harmless. We disagree.

Reversed and remanded for new trial.